AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Western District of Tennessee

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No.   25-cr-20284-SHL |
| Jacques Dockery | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   **Jacques Dockery** ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 924(g)(3)-Unlawful shipment, transfer, receipt, or possession by a drug addict
18 U.S.C. § 924(c)(1)(A)-Use or carry a dangerous weapon in drug crime or crime of violence
21 U.S.C. § 841(a)(1)-Manufacture, distribute, dispense, possess a controlled substance

Date:   10/30/2025

s/ Tu M. Pham
*Issuing officer's signature*

City and state:   MEMPHIS, TENNESSEE

WENDY R. OLIVER - CLERK, U.S. DISTRICT COURT
*Printed name and title*

### Return

This warrant was received on *(date)*  10/8/25 , and the person was arrested on *(date)*  11/7/25.
at *(city and state)*   MEMPHIS, TN .

Date: 11/7/25

*Arresting officer's signature*

J. MASSA
*Printed name and title*