**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | **CR. No. <u>25-cr-20284-SHL</u>** |
| | ) | |
| Plaintiff, | ) | **18 U.S.C. § 922(g)(3)** |
| | ) | **18 U.S.C. § 924(c)** |
| v. | ) | **21 U.S.C. § 841(a)** |
| | ) | |
| JACQUES DOCKERY, | ) | |
| | ) | |
| Defendant. | ) | |

---

### MOTION TO UNSEAL SEARCH WARRANT

---

COMES now the United States of America, by and through D. Michael Dunavant, United States Attorney for the Western District of Tennessee, and William C. Bateman III, Assistant United States Attorney, and would respectfully move this Honorable Court to unseal the search warrant numbered 25-SW-336 in this case.

**WHEREFORE**, counsel for the United States respectfully moves this Honorable Court to unseal the above listed search warrant.

Respectfully submitted,

D. MICHAEL DUNAVANT
UNITED STATES ATTORNEY
Western District of Tennessee

By:   *s/ William C. Bateman III*
William C. Bateman III
Assistant United States Attorney
167 N. Main, Room 800
Memphis, TN 38103
(901) 544-4231

## **CERTIFICATE OF SERVICE**

I, William C. Bateman III, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing Motion has been filed electronically via the CM/ECF system.

This 7th day of November, 2025.

By:     *s/William C. Bateman III*
William C. Bateman III
Assistant United States Attorney