**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED   STATES   OF   AMERICA, | ) | |
| | ) | |
| | ) | CR. No. <u>**25-cr-20284-SHL**</u> |
| | ) | |
| Plaintiff, | ) | **18 U.S.C. § 922(g)(3)** |
| | ) | **18 U.S.C. § 924(c)** |
| v. | ) | **21 U.S.C. § 841(a)** |
| | ) | |
| JACQUES DOCKERY, | ) | |
| | ) | |
| Defendant. | ) | |

---

### ORDER GRANTING MOTION TO UNSEAL SEARCH WARRANT

---

This matter came before the court in a Motion to Unseal, ECF No. 12, filed by the government on November 7, 2025.  For good cause shown, the Court hereby grants the Motion and orders the unsealing of search warrant 25-SW-336.

**IT SO ORDERED**, this 10th day of November, 2025.

s/Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE