_AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

WESTERN                 DISTRICT OF                    TENNESSEE

UNITED STATES OF AMERICA

V.

JACQUES DOCKERY

## EXHIBIT AND WITNESS LIST

Case Number:  2:25-cr-20284-SHL

| PRESIDING JUDGE CHARMIANE G. CLAXTON | | | PLAINTIFF'S ATTORNEY Wm. Bateman | | | DEFENDANT'S ATTORNEY David Bell |
|---|---|---|---|---|---|---|
| TRIAL DATE (S) Initial Appearance on Complaint | | | COURT REPORTER FTR | | | COURTROOM DEPUTY TERRY HALEY |
| PLF. NO. | DEF. NO. | DATE OFFERED | SWORN | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT AND WITNESSES* |
| 1 | | 10/10/25 | | √ | √ | Collective Exhibit (2 photographs) |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of    1    Pages